**Order filed December 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00713-CV
_____

**HENRY TOWNSEND AND GOLDIE SMITH, Appellants**

**V.**

**ATLAS 13 NORTHWEST MEDICAL, LP, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-35237**

## ORDER

This is an appeal from a dismissal for want of prosecution signed July 8, 2020. The clerk's record was filed October 30, 2020.

Our review has determined that relevant items have been omitted from the clerk's record.[1]  *See* Tex. R. App. P. 34.5(c).  The record does not contain a motion

---

[1] It is unclear from the record whether appellants requested any of these items to be included in the court record pursuant to Texas Rule of Civil Procedure 34.5(b).

for default judgment filed September 24, 2018, an interlocutory default judgment signed October 12, 2018, and a notice of intent to dismiss entered April 13, 2020.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 23, 2021 containing the above-listed items.

If any of those omitted items are not part of the case file, the district clerk is directed to file as part of the supplemental clerk's record a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.